Rel: August 16, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0582

Christopher Key v. State of Alabama (Appeal from Jefferson Circuit Court: CV-13-903570).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Mendheim, and Stewart, JJ., concur.

Cook, J., recuses himself.